May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ENZO INVESTMENTS, LP, Appellant

NO. 14-13-00509-CV                    V.

CHARLES WHITE, Appellee

_____

CHARLES WHITE, Cross-Appellant

V.

ENZO INVESTMENTS, LP; IP INVESTMENTS, LLC; AND IP REAL
ESTATE, LLC, Cross-Appellees

_____

This cause, an appeal from the judgment signed March 14, 2013 in favor of appellee/cross-appellant Charles White, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the portion of the trial court's judgment awarding White attorney's fees; **AFFIRM** the remainder of the trial court's judgment, and **REMAND** the cause for relitigation solely on the issue of attorney's fees in accordance with the court's opinion. If, however, White files in this Court a remittitur of $168,375.00 within fifteen days after the issuance of our opinion, we instead will modify the trial court's judgment to reduce the award of attorney's fees to $209,192.50 and affirm the trial court's judgment as modified.

We further order that all costs incurred by reason of this appeal be paid by appellee/cross-appellant Charles White.

We further order this decision certified below for observance.